

September 30 2020

**Milan P. Spisek, Esq.**
914.872.7870 (direct)
Milan.Spisek@wilsonelser.com

**Via ECF**

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:   Falls v Detective Michael Pitt et. al.
      Docket No.    :    16-CV-08863 (KMK)

Dear Judge Karas:

My office represents the interests of Alan Madell, M.D., Nurse Blanca Lemos and Nurse Practioner Hillary Durbin ("Medical Defendants") in the above-referenced matter.

The Courts last Memo Endorsed letter (Doc. No.: 200) directed "Counsel for Defendants to mail a copy of this notice to plaintiff and to certify on the docket no later than Monday, September 21, 2020 that they have done so." I note that codefendant did file an Affidavit of Service on September 21, 2020 (Doc. No.: 201)

With my apologies to the Court and to Plaintiff, and in re-reviewing the Courts Endorsed Memo, the better practice would have been for me to also serve the Court's Endorsed Memo.

Concurrent with this letter, I have served plaintiff at the address listed on his letter requesting an extension (Doc. No.: 198) which is the Wende Correctional Facility as well as the address for the Lakeview Shock Correctional facility. (Doc. No.: 142) which was the address provided by plaintiff the last time he notified the Court of a change in address.

 I respectfully request the Court consider my affidavit of service timely filed, *nunc pro tunc,* in view of my attempts to serve the plaintiff at two different addresses as  well as consider that codefendant did provide timely notice to plaintiff of the extension.

We await the further directives of this Court.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

8458460v.1



- 2 -

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

*Milan P Spisek*

Milan P. Spisek

MPS/

Granted.

So Ordered.

9/30/20

cc:  **VIA FIRST CLASS MAIL**
Raiquan K. Falls
#17A0942
Lakeview Shock Incarceration Correctional Facility
P.O. Box T
Brocton, NY 14716-0679

**VIA FIRST CLASS MAIL**
Raiquan K. Falls
#17A0942
Wende Correctional Facility
P.O. Box 1187
Alden, NY 14004-1187

**VIA ECF AND FIRST CLASS MAIL**
David Lewis Posner, Esq.
Attorney for Defendants
Police Officer Pitt, Canario, Arestin,
Saintiche, Anderson, Mendez, and Perez
McCabe & Mack, LLP
63 Washington Street
P.O.B. 509
Poughkeepsie, NY 12602

8458460v.1