Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Catherine Stefanik
Joanna M. Longcore
Thomas J. Cummings
Trevor J. Halsey
Eric B. Wharton

Of Counsel
J. Joseph McGowan
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Hon. George D. Marlow
Hon. Ralph A. Beisner
Mary E. Tokarz
Cory A. Poolman

John E. Mack 1874-1958
Joseph A. McCabe 1890-1973
Edward J. Mack 1910-1998
Joseph C. McCabe 1925-1981

# McCABE & MACK LLP
### ATTORNEYS AT LAW

mccm.com

**MEMO ENDORSED**

Direct Dial: (845) 486-6874
E-mail: dposner@mccm.com

October 29, 2020

**VIA ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant, Jr.
Federal Building and United States
 Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:    Falls v. City of Newburgh, et al
       16-CV-08863 (KMK))(PED)
       Our File No. 7969-0117

Dear Judge Karas:

This office represents the Newburgh Police defendants and I write with respect to the plaintiff's recently filed opposition to their motion for summary judgment as well as the medical defendants' motion.

Plaintiff's memorandum is substantially in excess to this court's standing rule limiting briefs to 25 pages. The first 21 pages of plaintiff's submission are exclusively against these defendants and then when addressing the medical defendants' motion he discusses at length the conduct of the officers at the hospital. The memorandum is 48 pages long and most of it deals, at least in part, with the police defendants.

As a result these defendants request the court strike plaintiff's opposition memo and give him 10 days to re-file a revised memo that meets the court's page limits.

Defendants further request that they be given 3 weeks from the court's determination of this request, if it is denied, or 3 weeks from the date of plaintiff' re-filed memo to submit their reply in support of their motion. His submission, including exhibits, is nearly 450 pages.

October 29, 2020
Page 2

This is defendants' first request addressed to plaintiff's opposition papers or their time to reply.

Respectfully yours,

McCABE & MACK LLP

*[signature]*

DAVID L. POSNER

DLP/dmf
cc:   Raiquan K. Falls, Pro Se (via U.S. Mail)
      Milan Spisek, Esq./Wilson, Elser, Moskowitz, Edelman & Dicker LLP

*Denied, but Defendants are given four weeks to reply to Plaintiff's response.*

*So Ordered*

*[signature]*
10/30/20