Case 7:16-cv-08863-KMK   Document 229   Filed 08/27/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAIQUAN K. FALLS,

                Plaintiff,

      -v-

DETECTIVE MICHAEL PITT, *et al.*,

                Defendants.

16-CV-8863 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    The Parties shall submit their joint pre-trial order as well as any pre-trial motions no later than October 4, 2021. The Court will hold a status conference on November 4, 2021 at 10:30 A.M. If Plaintiff wishes to move for the appointment of pro bono counsel, he should file his motion as soon as possible and no later than October 4, 2021.

SO ORDERED.

DATED:    August 27, 2021
                  White Plains, New York

                                            KENNETH M. KARAS
                                            UNITED STATES DISTRICT JUDGE

The Clerk of the Court is directed to mail a copy of this Order to the Plaintiff