# KEENAN & BHATIA, LLC

90 Broad Street, Suite 200           4600 Madison Avenue, Suite 810
New York, NY 10004                   Kansas City, MO 64112
Tel: (917) 975-5278                    Tel: (816) 809-2100

www.keenanbhatia.com

**MEMO ENDORSED**

**BY CM/ECF**

October 3, 2022

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York

    RE:     *Falls v. Pitt, et al.*, Case No. 7:16-cv-08863-KMK
               Letter Application for Extension of Time to Submit Joint Letter on Depositions

Dear Judge Karas:

I represent Plaintiff Raiquan Falls in the above-captioned matter. I write with the agreement of David Posner, Esq., who is counsel to the City/Police defendants, to request a two-week extension of time to submit a joint letter regarding a plan for remaining depositions.

The current deadline for submitting a joint letter is October 4, 2022. A two-week extension would bring the deadline to October 18, 2022. Both Mr. Posner and I have been in mediations today, and need additional time to confer and coordinate schedules. This extension will not impact the deadline to take depositions that the Court has set for December 19, 2022.

We thank the Court for its consideration of this application.

Respectfully submitted,

KEENAN & BHATIA, LLC
 By:   /s/ E.E. Keenan
Attorney for Plaintiff

Granted.
So Ordered.
[signature]
10/5/22

Cc: Counsel of Record (by ECF)