MEMO ENDORSED

THE LAW OFFICES OF
# SCOTT A. KORENBAUM
14 Wall Street, Suite 1603
New York, New York 10005
Tel: (212) 587-0018    Fax: (212) 587-0018

June 15, 2023

BY ECF

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:   *Falls v. Pitts, et al.*
>       16 CV 8863 (KMK)

Dear Judge Karas:

Keenan & Bhatia, LLC and I represent Raiquan Falls. I write on behalf of the parties to confirm that the Court's June 14, 2023 Order (the "Order") adjourning the trial also adjourned without date the parties' time to file their corresponding pre-trial submissions, which are presently due to be filed by June 19, 2023. After receiving the Order, all counsel noticed that it did not reference the parties' obligation to file pre-trial submissions. We all assumed, particularly in light of the Court's Order referring this matter to mediation, that the Court had necessarily done so. However, having received nothing definitive from the Court, we conferred and decided it was prudent to inquire. This afternoon I spoke with Chambers and was told to renew in writing our request that our obligations be adjourned until further notice from the Court. In light of the adjournment of the trial and the referral to mediation, the parties all join in renewing their request initially made by application dated June 8, 2023.

Thank you for your attention to this matter.

The Pre-Trial submissions are due 9/1/23. If the mediation process is not complete, the Parties may seek an additional adjournment.

Respectfully submitted,

*Scott A. Korenbaum*

Scott A. Korenbaum

So Ordered.
6/16/23

SAK:sak

cc: All Counsel (via ECF)