THE LAW OFFICES OF
## SCOTT A. KORENBAUM
14 Wall Street, Suite 1603
New York, New York 10005
Tel: (212) 587-0018      Fax: (212) 587-0018

August 29, 2023

BY ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Falls v. Pitts, et al.*
      16 CV 8863 (KMK)

Dear Judge Karas:

Keenan & Bhatia, LLC and I represent Raiquan Falls. I write to request an adjournment of the dates by which the parties must file there pre-trial submissions and to request an adjournment of the September 22, 2023 conference.

Regarding the filing of the parties' pretrial submissions, by Order dated June 16, 2023, the Court ordered the parties to file them by September 1, 2023. But the Court also indicated that the parties could request an additional adjournment if the mediation process was not completed. This is the case as the parties have had difficulty arranging for a mutually convenient date for all involved; the parties are writing Magistrate Judge Reznik today with an eye towards obtaining a date for the settlement conference.

Regarding the September 22, 2023 conference, which is scheduled for 10:30 a.m., neither Mr. Keenan nor I are available to attend. I am scheduled to appear for oral argument in the Second Circuit in the matter of *JDH Unlimited Inc. v. Jessica Rose Koehler*, Docket No. 22-1721. As for Mr. Keenan, he will be out of the country on a personal matter.

Thank you for your attention to these matters.

Both requests are granted. The pre-trial filings are due 10/1/23. The conference is adjourned to 10/ 5 /23, at 12.00 via teleconference

So Ordered. [signature] 8/29/23

Respectfully submitted,

Scott A. Korenbaum

Scott A. Korenbaum

SAK:sak

cc: All Counsel (via ECF)