

**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Zoran G. Kuljis
914.872.7188 (direct)
860-944-8705 (mobile)
zoran.kuljis@wilsonelser.com

September 29, 2023

VIA ECF
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   Falls v Pitt et. al.
      Docket No.:   16-CV-08863 (KMK)
      WEMED File No.:   22920.01101

Dear Judge Karas:

My office represents medical defendant Hillary Durbin-French, FNP, in the above referenced Raiquan Falls case. As the Court is aware, the parties are currently scheduled for a settlement conference before Judge Reznik on October 31, 2023. As such, I write to respectfully request an adjournment of the dates by which the parties must file pre-trial submissions, which are presently due October 1, 2023, and also to request an adjournment of the status conference scheduled for October 5, 2023, before your Honor.

This request is being made on consent of all parties and pursuant to the instructions emailed to us yesterday September 28, 2023, by Ms. Dawn Bordes.

The Court's attention to this matter is very much appreciated.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP

Zoran Kuljis

Zoran G. Kuljis
ZGK/

Granted. The parties are to report back to the court after the 10/31/23 conference.

So Ordered.
KMK
10/2/23

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • Phoenix • San Diego
San Francisco • Sarasota • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

287382631v.1