UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                   :

PHILADELPHIA INDEMNITY INSURANCE :
COMPANY,                                      :
                       Plaintiff,  :
                                         :                    22-CV-8065 (VSB)
            -against-                   :
                                         :                    **ORDER**

CRUM & FORSTER SPECIALTY          :
INSURANCE COMPANY,                 :
                       Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On September 15, 2023, I entered an order endorsing a schedule proposed by the parties in which they would either complete briefing on a pending motion to dismiss or stipulate to the dismissal of this matter by October 27, 2023.  (Doc. 37.)  As of the entry of this order, the parties have neither fully briefed the motion to dismiss nor stipulated to dismissal.  Accordingly, by November 3, 2023, the parties shall either file a status letter proposing further steps for the adjudication of this action or file their stipulation of dismissal.

        Parties are further informed that this action may be dismissed pursuant to Fed. R. Civ. P. 41(b) if no one takes affirmative steps to prosecute or defend this action.

SO ORDERED.

Dated:     October 30, 2023
            New York, New York

                                                                          Vernon S. Broderick
                                                                          United States District Judge