UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAIQUAN FALLS,

                    Plaintiff,                       **TRIAL ORDER**

      -against-                                  16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, *et al.*,

                    Defendants.

-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court hereby sets the following dates and deadlines for trial and all pretrial proceedings in this matter:

1. Jury selection will be held on **June 30, 2025** in Courtroom 250, with the trial to proceed immediately following the completion of jury selection. Unless otherwise specified by the Court, the trial will continue each day from 9:00 a.m. until 5:00 p.m.

2. The parties' proposed Joint Pretrial Order must be filed by **April 18, 2025**. Please review Section 6 of the Court's Individual Practices, available at https://nysd.uscourts.gov/hon-andrew-e-krause, for further instructions regarding the contents of the Joint Pretrial Order, and additional information about all other pretrial filings.

3. Counsel for each party must pre-mark their trial exhibits and provide the opposing party and the Court with a tabbed binder or binders containing courtesy copies of the party's trial exhibits and deposition designations by **April 18, 2025**.

4. The parties' joint proposed *voir dire* questions must be filed by **April 18, 2025**.

5. The parties' joint proposed requests to charge must be filed by **April 18, 2025**. The parties must jointly provide a proposed request to charge for each claim or defense to be presented to the jury. Each proposed request to charge must indicate the authority for the requested instruction and, if a pattern instruction is used, whether the proposed instruction has been adapted or modified.

6. The parties' joint proposed verdict form must be filed by **April 18, 2025**.

      The parties' joint proposed *voir dire* questions, requests to charge, and verdict form must each consist of a single document.  To the extent a party objects to another party's *voir dire* questions, requests to charge, or verdict form, the joint submission must include the objecting party's ground(s) for objection and proposed alternative.  In addition to filing the three joint submissions on ECF, the parties must send copies in Microsoft Word format to the Court via email to [KrauseNYSDChambers@nysd.uscourts.gov](mailto:KrauseNYSDChambers@nysd.uscourts.gov).

7. Any motions *in limine* must be filed by **April 18, 2025**.

8. Responses to any motions *in limine* must be filed by **May 6, 2025**.

9. A final pretrial conference will be held on **May 20, 2025** at 10:00 a.m. in Courtroom 250.

Dated: February 7, 2025
       White Plains, New York

                                  **SO ORDERED.**

*[Signature: Andrew Krause]*

_____
ANDREW E. KRAUSE
United States Magistrate Judge