UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

RAIQUAN K. FALLS,

                              Plaintiff,                      **ORDER GRANTING APPLICATION FOR**
              -against-                              ***PRO BONO* COUNSEL**

DETECTIVE MICHAEL PITT, *et al.*,                16 Civ. 8863 (AEK)

                          Defendants.
---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Honorable Kenneth M. Karas issued an order on May 6, 2022, granting Plaintiff's request for *pro bono* counsel. ECF No. 259. Following the issuance of that order, *pro bono* counsel appeared in the case on Plaintiff's behalf and conducted additional discovery. On April 21, 2025, this Court issued an order granting that counsel's motion to withdraw. ECF No. 343.

      At the April 10, 2025 conference in this matter, in response to questions from the Court, Plaintiff indicated a willingness to consider the possibility of retaining new *pro bono* counsel. Therefore, for the reasons stated in the prior order, the Court again GRANTS Plaintiff's request for the appointment of *pro bono* counsel. As the case is now ready to proceed to trial, any new *pro bono* counsel would aid Plaintiff in preparing and filing all final pretrial submissions, including any motions *in limine*, and preparing for, as well as conducting, the trial. Such trial will not take place any earlier than the fall of 2025.

      Under the Court's Standing Order regarding the Creation and Administration of the *Pro Bono* Fund (16-MC-0078), *pro bono* counsel may apply to the Court for reimbursement of certain out-of-pocket expenses spent in litigating Plaintiff's case. The *Pro Bono* Fund is

especially intended for attorneys for whom *pro bono* service is a financial hardship.  *See* http://www.nysd.circ2.dcn/docs/prose/pro_bono_fund_order.pdf.

*Pro bono* counsel will not be obligated for any aspect of Plaintiff's representation beyond the matters described in this Order.  Absent an expansion of the scope of *pro bono* counsel's representation, *pro bono* counsel's representation of Plaintiff will end upon completion of the trial, but, of course, counsel would be free to represent Plaintiff on appeal.

If an attorney volunteers, the attorney will contact Plaintiff directly.  Plaintiff is also advised that there is no guarantee that a volunteer attorney will decide to take the case, and Plaintiff should therefore be prepared to proceed with the case without an attorney.

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: April 25, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge