UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

RAIQUAN K. FALLS,

                        Plaintiff,                     **ORDER**

      -against-                           16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, *et al.*,

                        Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court granted Plaintiff application for *pro bono* counsel, ECF No. 345, but to date, no *pro bono* counsel has appeared in the case on Plaintiff's behalf.  The Court continues to believe that Plaintiff would benefit from the assistance of counsel in preparing for, and conducting, the trial.  The Court has made efforts to try to locate *pro bono* counsel for Plaintiff, and will continue to do so.  At the same time, the Court also understands that Plaintiff would like to proceed to trial in this case.  Accordingly, if Plaintiff is unable to obtain *pro bono* counsel by October 1, 2025, the Court will schedule a conference to set a date for trial and deadlines for the filing of all pretrial submissions.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

Dated: July 17, 2025
       White Plains, New York

                                                  **SO ORDERED.**

                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge