UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAIQUAN FALLS,

                        Plaintiff,                    **RESCHEDULING ORDER**

      -against-                                      16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, *et al.*,

                        Defendants.

------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      The Court has been advised by Defendants' counsel that Plaintiff has been transferred to Gouverneur Correctional Facility, and therefore, he was unable to attend the video conference that had been scheduled for October 15, 2025. ECF No. 353. Accordingly, the video conference is hereby rescheduled to **Friday, October 31, 2025 at 1:00 p.m.** The conference will be conducted using Microsoft Teams. The Court will send a video link to the parties in advance of the conference. As stated in the Court's previous rescheduling order (ECF No. 352), the Court has tentatively scheduled the trial in this case for the weeks of **May 4, 2026 and May 11, 2026**. This date will only be finally confirmed when Plaintiff appears for a scheduling conference and confirms his availability to conduct the trial during those weeks. If Plaintiff fails to appear for the conference, however, there is a possibility that the trial date will have to be further delayed. If Plaintiff wants to proceed to trial as expeditiously as possible, it is critical that he appear for the October 31, 2025 conference to discuss the schedule.

      **Counsel for Defendants must make arrangements with the appropriate correctional facility to have *pro se* Plaintiff available by video.**

The Clerk of Court is respectfully directed to update Plaintiff's contact information on the docket sheet as follows:

> Raiquan K. Falls
> DIN No. 24B0587
> Gouverneur Correctional Facility
> 112 Scotch Settlement Road
> P.O. Box 370
> Gouverneur, NY  13642-0370

The Clerk of Court is further respectfully directed to mail a copy of this Rescheduling Order to the *pro se* Plaintiff at the address listed above. Lastly, the Clerk of Court is respectfully directed to terminate the motion docketed at ECF No. 353.

Dated: October 15, 2025
       White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge