UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

RAIQUAN FALLS,

<table>
<tr><td>Plaintiff,</td><td>**ORDER**</td></tr>
<tr><td>-against-</td><td>16 Civ. 8863 (AEK)</td></tr>
</table>

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

Defendants.
------------------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

In connection with the upcoming trial in this matter, Defendant Nurse Practitioner Hillary

Durbin-French has filed an expert witness disclosure pursuant to Rule 26(a)(2) of the Federal

Rules of Civil Procedure.  *See* ECF Nos. 362, 363.  The newly identified expert witness, Dr.

Mark Silberman, is identified as an expert in the field of emergency medicine.  According to the

disclosure, Dr. Silberman is expected to testify at trial regarding Plaintiff's medical care and

treatment at the St. Luke's Cornwall Hospital Emergency Department on May 8 and May 9,

2015, particularly the evaluation performed by Durbin-French, which included a digital rectal

examination performed pursuant to a search warrant.  *See* ECF No. 362 ¶ 4.

While it appears as though the February 5 and 6, 2026 filings may have been the first

identification of Dr. Silberman as an expert witness in this case, it was not the first time an expert

medical witness had been disclosed.  On July 1, 2020, Durbin-French, along with the other

medical defendants who were parties to the case at the time, filed an expert report and

curriculum vitae of Dr. Timothy Haydock—who also was described as an expert in emergency medicine—in support of their motion for summary judgment. *See* ECF No. 175-5. In his affirmation, Dr. Haydock opined as to the standard of care provided by Durbin-French; among other things, he reviewed Durbin-French's description of how she performed the rectal examination of Plaintiff and opined that "[w]ithin a reasonable degree of medical certainty, FNP Durbin's description comports with good and accepted medical practice in performing a rectal examination." *Id.* ¶ 36. After Judge Karas issued the decision on the parties' motions for summary judgment on March 26, 2021, *see* ECF No. 216, in anticipation of trial, all Defendants filed their proposed Pre-Trial Order on November 3, 2021, *see* ECF No. 238. In Defendants' proposed Pre-Trial Order, Dr. Haydock was listed as a trial witness, and his expert report was listed as one of the medical defendants' potential trial exhibits. *See id.* at 3-5.[1]

Given the reliance on expert disclosures dating back to at least 2020 and 2021, it is no surprise that Durbin-French intends to rely on an expert witness to testify as to the standard of care applicable to the medical procedures she performed on Plaintiff. But Durbin-French has not explained the reason for retaining and disclosing a *new* medical expert at this juncture. Accordingly, the Court directs counsel for Durbin-French to file a letter by no later than **February 20, 2026**, explaining why Durbin-French has retained a new medical expert and why substitution of this new expert for prior expert Dr. Haydock should be permitted at this late stage of the litigation.

---

[1] The medical defendants' trial Exhibit F, which consisted of the same expert report and curriculum vitae for Dr. Haydock that were filed in support of the medical defendants' summary judgment motion, was filed as an attachment to Defendants' proposed Pre-Trial Order. *See* ECF No. 238-23.

2

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff.

Dated: February 12, 2026
      White Plains, New York

                                    **SO ORDERED.**

                                _____

                                  ANDREW E. KRAUSE
                                  United States Magistrate Judge