UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

RAIQUAN FALLS,

                              Plaintiff,                              **ORDER**

              -against-                                              16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

                              Defendants.
------------------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has received Plaintiff's March 6, 2026 letter, which requests an extension to

serve and file pre-trial submissions, informs the Court about certain missing legal materials, and

requests copies of various documents.  *See* ECF No. 377.

First, the Court GRANTS Plaintiff's application for an extension to serve and file his pre-

trial submissions.  The new filing deadline is **April 10, 2026**.  That deadline will not be extended

any further, because the Court will have to receive these documents by then in order to be able to

properly prepare for the final pretrial conference on April 24, 2026.

Second, the trial date of May 4, 2026 remains in place.  That date will not be adjourned

unless Plaintiff specifically requests an adjournment.  Plaintiff should understand, however, that

if he were to request an adjournment, the Court's next available trial date may not be until

October 2026.

Third, counsel for Defendants are directed to re-serve on Plaintiff copies of the exhibits

listed in paragraph 10 of the Defendants' proposed pre-trial order (ECF No. 366); counsel for

Defendants are not required to provide copies of materials that are listed for use only as potential impeachment.

Fourth, Plaintiff's request that the Court provide copies of all 369 docket entries in this case is unreasonable and unnecessary.  Most of those docketed documents are things that will have no direct bearing on the issues to be presented at trial, such as the parties' briefing on motions that have been decided, correspondence regarding scheduling, and other administrative documentation.  The Court will, however, provide a complete copy of the docket, as well as copies of the following docket entries, which the Court believes may assist Plaintiff in preparing for and conducting the trial:

- ECF No. 111 (Second Amended Complaint);

- ECF No. 117 (Hillary Durbin-French's Answer to Second Amended Complaint);

- ECF No. 147 (Order re: Second Amended Complaint);

- Non-duplicative exhibits from Defendants' summary judgment filings:

  - ECF No. 160-2 (911 Call Transcript);

  - ECF No. 160-4 (Plaintiff's May 8, 2015 hospital photo);

  - ECF No. 160-5 (Plaintiff's September 2015 Orange County Jail booking photos);

  - ECF No. 160-7 (criminal charges against Plaintiff);

  - ECF No. 160-9 (Plaintiff's Orange County Jail medical records);

  - ECF No. 160-10 (Plaintiff's deposition transcript dated May 16, 2018);

  - ECF No. 160-13 (Affidavit of Hillary Durbin-French, FNP);

- ECF No. 161 (Affidavit of William Anderson);

- ECF No. 162 (Affidavit of John Perez);

- ECF No. 163 (Affidavit of Carlos Mendez);

- ECF No. 164 (Affidavit of Michael Pitt);

- ECF No. 165 (Affidavit of Carlos Canario);

- ECF No. 166 (Affidavit of Andres Arestin);

- ECF No. 167 (Affidavit of Jonathan Saintiche);

- ECF No. 183 (Plaintiff's Declaration);

- ECF No. 216 (Opinion & Order on Motions for Summary Judgment);

- ECF No. 357 (Updated Trial Order);

- ECF No. 358 (Writ of Habeas Corpus Ad Testificandum); and

- ECF No. 359 (Decision & Order on Motion for Reconsideration).

Based on Plaintiff's representation in his letter that he has received copies of Defendants' filings from February 2026, the Court is not providing additional copies of any materials filed after ECF No. 359 (which was docketed on January 8, 2026).

If there are any other items listed on the docket for this case that Plaintiff thinks he should have, then he should promptly send a letter to the Court in which he identifies those documents by docket number and explains why those additional documents are necessary.

Dated: March 17, 2026
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

A copy of this Order and all of the above-referenced documents have been mailed to the *pro se* Plaintiff by Chambers.