UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAIQUAN FALLS,

        Plaintiff,

    -against-            16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES    **ORDER**
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

        Defendants.
------------------------------------------------------------------------X

**HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

   For the duration of the trial in this case, which is scheduled to begin on **Monday, May 4, 2026**, and for each trial day thereafter through no later than **Friday, May 15, 2026**, the Court directs the corrections officers and staff at the Shawangunk Correctional Facility to make it possible for Plaintiff Raiquan K. Falls to wear civilian clothing during his appearances in court, whether by allowing him to change into civilian clothing at the facility prior to being transported to the federal courthouse in White Plains, New York, or by allowing him to change into civilian clothing upon arrival at the courthouse.

   If any issues arise with respect to this Order, the correctional facility may contact Judge Krause's chambers at (914) 390-4070.

Dated: April 27, 2026
    White Plains, New York       **SO ORDERED.**

                    _____
                    ANDREW E. KRAUSE
                    United States Magistrate Judge