UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RAIQUAN FALLS,

                          Plaintiff,

            -against-                                    16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES          **ORDER**
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

                          Defendants.
-------------------------------------------------------------------X

**HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court conducted a video conference in this action on Friday, May 1, 2026, at which

it was decided that the trial, which was originally scheduled to begin on Monday, May 4, 2026,

would instead begin on **Wednesday, May 6, 2026 at 9:00 a.m.** in Courtroom 250 of the Hon.

Charles L. Brieant Jr. Federal Building and Courthouse at 300 Quarropas Street, White Plains,

NY.

        Counsel for the Police Defendants is directed to mail a copy of this Order to the *pro se*

Plaintiff.

Dated: May 1, 2026
        White Plains, New York

                                              **SO ORDERED.**

                                              _____
                                              ANDREW E. KRAUSE
                                              United States Magistrate Judge