UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
RAIQUAN FALLS,

Plaintiff,

-against-                                                                16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES            **JUDGMENT**
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

Defendants.
------------------------------------------------------------------------X

**WHEREAS**, Plaintiff Raiquan Falls ("Plaintiff") brought the above-entitled action

against Defendants Detective Michael Pitt, Police Officer Carlos Canario, Police Officer Andres

Arestin, Police Officer Jonathan Saintiche, Police Officer John Perez, Police Officer Carlos

Mendez, and Sergeant William Anderson (the "Police Defendants"), and Registered Nurse

Blanca Lemos, Nurse Practitioner Hillary Durbin-French, and Medical Doctor Alan Madell, *see*

ECF No. 111 ("Second Amended Complaint");

**WHEREAS,** on March 26, 2021, the Honorable Kenneth M. Karas issued an Opinion

and Order on the parties' cross-motions for summary judgment, dismissing certain of the claims

asserted in the Second Amended Complaint, dismissing all claims against Defendants Lemos and

Madell, and granting Plaintiff summary judgment on his claim for an unlawful strip search and

visual body cavity search asserted against Defendants Pitt, Canario, Arestin, and Saintiche, *see*

ECF No. 216;

**WHEREAS**, this action was assigned to the undersigned by consent of the remaining

parties pursuant to 28 U.S.C. § 636(c) on January 28, 2025, ECF No. 321;

**WHEREAS**, on May 6, 2026, this action proceeded to a jury trial with respect to liability and damages on the remaining claims for (i) unreasonable search incident to arrest asserted against all Police Defendants, (ii) manual body cavity search at the Newburgh police station asserted against Defendants Pitt, Canario, Arestin, and Saintiche, (iii) excessive force in the strip search room at the Newburgh police station asserted against Defendants Pitt, Canario, Arestin, and Saintiche, (iv) deprivation of the right to a fair trial asserted against Defendants Pitt and Canario, and (v) unreasonable manual body cavity search at St. Luke's Cornwall Hospital asserted against Defendant Durbin-French; and proceeded to a jury trial with respect to damages only on the claim for an unlawful strip search and visual body cavity search asserted against Defendants Pitt, Canario, Arestin, and Saintiche;

**WHEREAS**, Defendant Mendez failed to appear at trial, and during the trial, Plaintiff filed a motion for entry of default judgment against Defendant Mendez, *see* ECF No. 407;

**WHEREAS**, on May 14, 2026, the jury reached a unanimous verdict on Plaintiff's remaining claims as follows:

(i)     in favor of the specified defendants on the claims for unreasonable search incident to arrest, manual body cavity search at the Newburgh police station, excessive force in the strip search room at the Newburgh police station, deprivation of the right to a fair trial, and unreasonable manual body cavity search at St. Luke's Cornwall Hospital; and

(ii)    awarding Plaintiff nominal damages of $1.00 on the claim for an unlawful strip search and visual body cavity search asserted against Defendants Pitt, Canario, Arestin, and Saintiche.

**WHEREAS**, on May 20, 2026, the Court issued a Decision and Order denying Plaintiff's motion for entry of default judgment against Defendant Mendez, *see* ECF No. 409;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff have judgment against Defendants Pitt, Canario, Arestin, and Saintiche in the amount of **$1.00**, and that judgment is entered in favor of Defendants Perez, Mendez, Anderson, and Durbin-French on the claims against them.

The Clerk of Court is respectfully directed to close the case.

Dated: May 20, 2026
White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

3