UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

RAIQUAN FALLS,

               Plaintiff,                     **ORDER**

   -against-                              16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

               Defendants.
-----------------------------------------------------------------x

      Plaintiff Raiquan Falls has filed a notice of appeal, ECF No. 417, along with a declaration

in support of his request to proceed *in forma pauperis* ("IFP") on his appeal, ECF No. 418.

According to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, "[a] party who was

permitted to proceed [IFP] in the district-court action, . . . may proceed on appeal [IFP] without

further authorization, unless . . . the district court—before or after the notice of appeal is filed—

certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled

to proceed [IFP] and states in writing its reasons for the certification or finding . . . ."  Fed. R.

App. P. 24(a)(3).  Plaintiff was granted leave to proceed IFP in the District Court on November

17, 2016, ECF No. 4, and the Court never revoked that status.  **Accordingly, Plaintiff's**

**application to this Court to proceed IFP was unnecessary, and Plaintiff may proceed IFP**

**on appeal without further authorization from this Court.**  *See Lunz v. O'Meara*, No. 17-cv-

1331 (LEK) (ATB), 2018 WL 9650487 (N.D.N.Y. Oct. 19, 2018) (copy attached hereto).

2

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se*

Plaintiff.

Dated: June 23, 2026
White Plains, New York

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Lunz v. O'Meara, Not Reported in Fed. Supp. (2018)

Case 7:16-cv-08863-AEK    Document 419    Filed 06/23/26    Page 3 of 3

2018 WL 9650487
Only the Westlaw citation is currently available.
United States District Court, N.D. New York.

Joseph Edward Francis LUNZ, Plaintiff,
v.
Elizabeth O'MEARA, Defendant.

9:17-CV-1331 (LEK/ATB)
|
Signed 10/19/2018

**Attorneys and Law Firms**

Joseph Edward Francis Lunz, New York, NY, pro se.

**ORDER**

Lawrence E. Kahn, U.S. District Judge

**I. INTRODUCTION**

 **\*1**  Pro se plaintiff Joseph Edward Francis Lunz commenced this civil rights action pursuant to 42 U.S.C. § 1983, alleging claims arising out of his confinement in the custody of the New York State Department of Corrections and Community Supervision ("DOCCS"). Dkt. No. 16 ("First Amended Complaint"). Plaintiff sought leave to proceed in forma pauperis ("IFP"). Dkt. No. 14 ("IFP Application"). On March 13, 2018, the Court granted Plaintiff's IFP Application but found that the First Amended Complaint was subject to dismissal for failure to state a claim upon which relief may be granted. Dkt. No. 26 ("March Order").

In light of his pro se status, Plaintiff was afforded an opportunity to submit a second amended complaint. Id. at 9–10. However, Plaintiff first moved for reconsideration of the March Order. Dkt. No. 33 ("Reconsideration Motion"). The Court denied the Reconsideration Motion, finding that the March Order "was legally correct and did not work a manifest injustice." Dkt. No. 44 ("June Order") at 3. However, the Court also granted Plaintiff additional time to submit a second amended complaint, in light of the intervening motion practice.

On July 25, 2018, Plaintiff timely filed a second amended complaint. Dkt. No. 53 ("Second Amended Complaint"). But the Court once again found that pleading insufficient to state a claim, and dismissed the Second Amended Complaint with prejudice. Dkt. No. 56 ("August Order"). Final judgment was entered dismissing this action in accordance with that order. Dkt. No. 57.

Plaintiff has now appealed the dismissal of this action to the Second Circuit Court of Appeals. Dkt. No. 64 ("Notice of Appeal"). Before the Court is Plaintiff's request to proceed IFP while pursuing that appeal. Dkt. No. 67 ("Appellate IFP Application").

**II. DISCUSSION**

Rule 24(a)(3) of the Federal Rules of Appellate Procedure provides that "[a] party who was permitted to proceed [IFP] in the district-court action ... may proceed on appeal [IFP] without further authorization, unless ... the district court ... certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed [IFP]."

Plaintiff's prior IFP Application was granted by the March Order, and the Court has not formally revoked that status. Therefore, Plaintiff may proceed with his appeal IFP without further authorization from this Court.

**III. CONCLUSION**

Accordingly, it is hereby:

**ORDERED**, that Plaintiff's Appellate IFP Application (Dkt. No. 67) is **DENIED as unnecessary**, because Plaintiff's IFP status has not been revoked. Plaintiff may proceed on appeal IFP without further authorization from this Court; and it is further

**ORDERED**, that the Clerk of the Court shall serve a copy of this Order on Plaintiff in accordance with the local rules.

**IT IS SO ORDERED.**

**All Citations**

Not Reported in Fed. Supp., 2018 WL 9650487

---

End of Document

© 2026 Thomson Reuters. No claim to original U.S. Government Works.