UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

RAIQUAN FALLS,

                       Plaintiff,                     **ORDER**

   -against-                              16 Civ. 8863 (AEK)

DETECTIVE MICHAEL PITT, POLICE OFFICER
CARLOS CANARIO, POLICE OFFICER ANDRES
ARESTIN, POLICE OFFICER JONATHAN
SAINTICHE, POLICE OFFICER JOHN PEREZ,
POLICE OFFICER CARLOS MENDEZ, SERGEANT
WILLIAM ANDERSON, and NURSE PRACTITIONER
HILLARY DURBIN-FRENCH,

                       Defendants.
----------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

A jury trial was conducted in this case beginning on May 6, 2026, and concluding on May 14, 2026.  In accordance with Local Civil Rule 39.1 of the Joint Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, the Court orders that the trial exhibits will be filed with the Clerk of Court, except for Defendants' Exhibit A, a series of video recordings, which have been retained by counsel for the Police Defendants consistent with Local Civil Rule 39.1(a).

A notice of appeal has been filed by the *pro se* Plaintiff, ECF No. 417; therefore, as provided in the Local Civil Rule, since an appeal has been taken, any trial exhibits "that have been filed with the clerk must be removed by the party responsible for them . . . within 30 days after the final disposition of the appeal."  Local Civ. R. 39.1(b)(2).  As further provided in the Local Civil Rule, "[p]arties failing to comply with this rule will be notified by the clerk to

2

remove their exhibits and upon their failure to do so within 30 days, the clerk may dispose of the exhibits as the clerk may see fit." Local Civ. R. 39.1(b).

The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated: June 23, 2026
      White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

2